

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-12-00372-CV**

| | | |
|---|---|---|
| Texas Echo Land and Cattle, LLP | § | From County Court at Law No. 1 |
| v. | § | of Parker County (CIV-11-0603) |
| | § | June 20, 2013 |
| General Steel Domestic Sales, LLC d/b/a General Steel Corporation | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Texas Echo Land and Cattle, LLP shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier